N THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **QUANISHA EALY**, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: |
| v. | : | |
| | : | |
| **AMAZON.COM, INC.**, | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

**COMPLAINT & DEMAND FOR JURY TRIAL**

Plaintiff, **QUANISHA EALY**, (hereafter referred to as "Plaintiff"), by and through her undersigned counsel, **JOHNSON BECKER, PLLC** hereby submits the following Complaint and Demand for Jury Trial against Defendant **AMAZON.COM, INC**. (hereafter referred to as "Amazon," and "Defendant"), alleges the following upon personal knowledge and belief, and investigation of counsel:

**NATURE OF THE CASE**

1.     This is a product liability action seeking recovery for substantial personal injuries and damages suffered by Plaintiff, after Plaintiff was seriously injured by an "Instant Pot Electric Pressure Cooker," which specifically includes the Duo Nova model (referred to hereafter as "pressure cooker(s)" or "Subject Pressure Cooker") that is at issue in this case. The subject pressure cooker marketed, imported, distributed, and sold by Amazon and designed, manufactured, marketed, imported, distributed and/or sold by Instant Brands, Inc. ("Instant Brands").  Instant Brands is currently engaged bankruptcy proceedings in the United States Bankruptcy Court for the

1

Southern District of Texas, and an automatic stay has been imposed. See In re: Instant Brands Acquisition Holdings, Inc., et. al., 4:2023-bk-90716 [Dkt. 1].

2.      Defendant touts the "safety"[1] of its pressure cookers, and states that they cannot be opened while in use. Despite Defendant's claims of "safety," it designed, manufactured, marketed, imported, distributed, and sold, both directly and through third-party retailers, a product that suffers from serious and dangerous defects. Said defects cause significant risk of bodily harm and injury to its consumers.

3.      Specifically, said defects manifest themselves when the lid of the pressure cooker is removable with built-up pressure, heat, and steam still inside the unit. When the lid is removed under such circumstances, the pressure trapped within the unit causes the scalding hot contents to be projected from the unit and into the surrounding area, including onto the unsuspecting consumers, their families, and other bystanders. The Plaintiff in this case sustained serious and substantial bodily injuries and damages when the lid of the pressure cooker was able to be rotated, opened, or removed while the pressure cooker retained pressure, causing him serious and substantial bodily injuries and damages.

4.      Defendant knew or should have known of these defects but has nevertheless put profit ahead of safety by continuing to sell its pressure cookers to consumers, failing to warn said consumers of the serious risks posed by the defects, and failing to recall the dangerously defective pressure cookers regardless of the risk of significant injuries to Plaintiff and consumers like him.

---

[1]  *See*, e.g. Instant Pot Duo Nova User Manual, pg. 22.  A copy of the User Manual is attached hereto as "Exhibit A."

5.      As a direct and proximate result of Defendant's conduct, the Plaintiff in this case incurred significant and painful bodily injuries, medical expenses, lost wages, physical pain, mental anguish, and diminished enjoyment of life.

## PLAINTIFF QUANISHA EALY

6.      Plaintiff is a resident and citizen of the City of Saint Petersburg, County of Pinellas, State of Colorado.  Plaintiff therefore is a resident and citizen of the State of Florida for purposes of diversity pursuant to 28 U.S.C. § 1332.

7.      On or about December 19, 2022, Plaintiff suffered serious and substantial burn injuries as the direct and proximate result of the pressure cooker's lid being able to be rotated and opened while the pressure cooker was still under pressure, during the normal, directed us of the pressure cooker, allowing its scalding hot contents to be forcefully ejected from the pressure cooker and onto Plaintiff.  The incident occurred as a result of the failure of the pressure cookers supposed "safety mechanisms,"[2] which purport to keep the consumer safe while using the pressure cooker. In addition, the incident occurred as a result of Defendant's failure to redesign the pressure cooker, despite the existence of economical, safer alternative designs.

## DEFENDANT AMAZON.COM, INC.

8.      Defendant Amazon markets, imports, distributes and sells a variety of consumer products, including the subject pressure cooker in this case.

9.      Defendant Amazon is, and was at the time of Plaintiff's injury, a corporation organized and existing under the laws of the state of Washington with its headquarters and principal place of business located in Washington. Amazon does business in all 50 states. Amazon is therefore

---

[2] *See* "10 Safety Mechanisms – DUO, DUO PLUS, LUX, NOVA PLUS AND VIVA,"
https://www.instanthome.com/support/instant/resources

deemed to be a resident and citizen of the State of Washington for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

10.     At all times relevant, Amazon substantially participated in the marketing, import, distribution and sale of the subject pressure cooker, which caused Plaintiff's injuries and damages.

<strong><u>JURISDICTION AND VENUE</u></strong>

11.     This Court has subject matter jurisdiction over this case pursuant to diversity jurisdiction prescribed by 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and there is complete diversity between the parties.

12.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 all or a substantial part of the events or omissions giving rise to this claim occurred in this district.

13.     Venue is also proper in this Court pursuant to 28 U.S.C. § 1391 because Defendant has sufficient minimum contacts with the State of Florida and intentionally availed itself of the markets within Florida through the promotion, sale, marketing, and distribution of its products.

14.     Instant Brands is currently engaged bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Texas, and an automatic stay has been imposed.  See In re: Instant Brands Acquisition Holdings, Inc., et. al., 4:2023-bk-90716 [Dkt. 1].

<strong><u>FACTUAL BACKGROUND</u></strong>

15.     Defendant is engaged in marketing, distributing, and selling the pressure cookers at issue in this litigation.

16.     According to the User's Manual accompanying each individual unit sold, the pressure cookers possess a "Float Valve" which pops up and locks the lid of the cooker in place while the unit is pressurized, stating that "[a]s a safety feature, until the float valve drops down the lid is

4

locked and cannot be opened,"[3] misleading the consumer into believing that the pressure cookers are reasonably safe for their normal, intended use.

17.    By reason of the forgoing acts or omissions, the above-named Plaintiff used the pressure cooker with the reasonable expectation that it was properly designed and manufactured, free from defects of any kind, and that it was safe for its intended, foreseeable use of cooking.

18.    Plaintiff used the pressure cooker for its intended purpose of preparing meals for herself and/or her family and did so in a manner that was reasonable and foreseeable by the Defendant.

19.    However, the aforementioned pressure cooker was defectively and negligently designed in that it failed to properly function as to prevent the lid from being rotated, opened, or removed with normal force while the unit remained pressurized, during the ordinary, foreseeable and proper use of cooking food with the product; placing the Plaintiff, her family, and similar consumers in danger while using the pressure cookers.

20.    The pressure cookers possess defects that make them unreasonably dangerous for their intended use by consumers because the lid can be rotated and opened while the unit remains pressurized.

21.    Economic, safer alternative designs were available that could have prevented the Pressure Cooker's lid from being rotated and opened while pressurized.

22.    As a direct and proximate result of Defendant's conduct, Plaintiff used an unreasonably dangerous pressure cooker, which resulted in significant and painful bodily injuries to Plaintiff.

23.    Consequently, the Plaintiff in this case seeks compensatory damages resulting from the use of Defendant's pressure cooker as described above, which has caused the Plaintiff to suffer from

---

[3] Instant Pot Duo Nova User's Manual, pg. 22.

serious bodily injuries, medical expenses, physical pain, mental anguish, diminished enjoyment of life, and other damages.

## CLAIMS FOR RELIEF

### COUNT I
### STRICT LIABILITY

24.     Plaintiff incorporates by reference each preceding and succeeding paragraph as though set forth fully at length herein.

25.     At the time of Plaintiff's injuries, the Pressure Cookers were defective and unreasonably dangerous for use by foreseeable consumers, including Plaintiff.

26.     The Pressure Cookers were in the same or substantially similar condition as when they left the possession of Defendant.

27.     Plaintiff did not misuse or materially alter her Pressure Cooker.

28.     The Pressure Cookers did not perform as safely as an ordinary consumer would have expected them to perform when used in a reasonably foreseeable way.

29.     Further, a reasonable person would conclude that the possibility and serious of harm outweighs the burden or cost of making the Pressure Cookers safe. Specifically:

> a.   The Pressure Cookers sold and supplied by Defendant were defectively designed and placed into the stream of commerce in a defective and unreasonably dangerous condition for consumers;
>
> b.   The seriousness of the potential burn injuries resulting from the product drastically outweighs any benefit that could be derived from its normal, intended use;
>
> c.   Defendant failed to properly market, supply, and sell the Pressure Cookers, despite having extensive knowledge that the aforementioned injuries could and did occur;
>
> d.   Defendant failed to warn and place adequate warnings and instructions on the Pressure Cookers;
>
> e.   Defendant failed to adequately test the Pressure Cookers; and

      f.   Defendant failed to market an economically feasible alternative design, despite the existence of the aforementioned economical, safer alternatives, that could have prevented the Plaintiff' injuries and damages.

30.    Defendant's actions and omissions were the direct and proximate cause of the Plaintiff's injuries and damages.

    **WHEREFORE**, Plaintiff demands judgment against Defendant for damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

**COUNT II**
**<u>NEGLIGENCE</u>**

31.    Plaintiff incorporates by reference each preceding and succeeding paragraph as though set forth fully at length herein.

32.    Defendant has a duty of reasonable care to market and sell non-defective Pressure Cookers that are reasonably safe for their intended uses by consumers, such as Plaintiff and her family.

33.    Defendant failed to exercise ordinary care in the sale, warnings, advertising, promotion, sale and marketing of its Pressure Cookers in that Defendant knew or should have known that said Pressure Cookers created a high risk of unreasonable harm to the Plaintiff and consumers alike.

34.    Defendant was negligent in the advertising, warning, marketing and sale of its Pressure Cookers in that, among other things, it:

    a.   Failed to use due care in designing and manufacturing the Pressure Cookers to avoid the aforementioned risks to individuals;

    b.   Placed an unsafe product into the stream of commerce;

    c.   Aggressively over-promoted and marketed its Pressure Cookers through television, social media, and other advertising outlets; and

    d.   Were otherwise careless or negligent.

35.    Despite the fact that Defendant knew or should have known that consumers were able to remove the lid while the pressure cookers were still pressurized, Defendant continued to market

its pressure cookers to the general public (and continues to do so).

**WHEREFORE**, Plaintiff demands judgment against Defendant for damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands that all issues of fact of this case be tried to a properly impaneled jury to the extent permitted under the law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against the Defendant for damages, including punitive damages if applicable, to which she is entitled by law, as well as all costs of this action and interest to the full extent of the law, whether arising under the common law and/or statutory law, including:

a. judgment for Plaintiff and against Defendant;

b. damages to compensate Plaintiff for their injuries, economic losses and pain and suffering sustained as a result of the use of the Defendant's pressure cooker;

c. pre and post judgment interest at the lawful rate;

d. punitive on all applicable Counts as permitted by the law;

e. a trial by jury on all issues of the case; and

f. for any other relief as this Court may deem equitable and just, or that may be available under the law of another forum to the extent the law of another forum is applied, including but not limited to all reliefs prayed for in this Complaint and in the foregoing Prayer for Relief.

8

**JOHNSON BECKER, PLLC**

Dated: December 2, 2024

*/s/ Lisa A. Gorshe, Esq.*
Lisa A. Gorshe, Esq. (FL #122180)
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Tel.: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

***Attorneys for Plaintiff***

9

# Instant Pot®

# DUO NOVA™
**3 QUART, 6 QUART, AND 8 QUART**
## Multi-Use Pressure Cooker



## User Manual

Welcome
Important Safeguards
Getting Started
Pressure Cooking Basics
Cooking With the Duo Nova
Care & Cleaning
Troubleshooting
Warranty
Contact/Support Information

# Table of Contents

Welcome .......................................................................................3

IMPORTANT SAFEGUARDS ...........................................................4–9

    Specifications .......................................................................... 9

Getting Started ...................................................................... 10–20

    Initial Setup............................................................................10

    Product, Parts and Accessories.................................. 11–12

    Control Panel................................................................. 13–14

    Status Messages ...................................................................15

    Status Icons...........................................................................16

    Settings ......................................................................... 17–19

    Cleaning Before First Use ...................................................20

Pressure Cooking Basics ...................................................... 20–29

    Pressure Control Features...................................................21

    Depressurizing the Cooker.........................................27–28

    Initial Test Run......................................................................29

Cooking with the Duo Nova ....................................................... 30

    Pressure Cooking With the Duo Nova...................... 30–36

    Non-Pressure Cooking With the Duo Nova.............37–44

Care & Cleaning ....................................................................45–46

Troubleshooting ................................................................... 47–49

Warranty .................................................................................50–51

Contact and Support Information ............................................. 52

# Welcome to the world of Instant cooking.

Thank you for welcoming us into your kitchen.

Having families ourselves, we developed the Instant Pot® Duo™ Nova Multi-Use Pressure Cookers to allow busy families and professionals alike to cook healthy, delicious meals more easily and in less time.

We have partnered with chefs, authors and bloggers to compile a collection of recipes that we hope you enjoy!

Happy cooking,

Robert J. Wang
Founder & Chief Innovation Officer



**Download the Instant Pot App**
• 1000+ Original Recipes
• New User Tips
• Getting Started Videos



Find helpful **how-to videos**, **download the app**, or visit our **recipe** site.

3

# IMPORTANT SAFEGUARDS

When using electrical appliances, basic safety precautions should always be followed:

1. READ THE GETTING STARTED GUIDE AND ALL INSTRUCTIONS, SAFEGUARDS, AND WARNINGS BEFORE OPERATING THE APPLIANCE. FAILURE TO FOLLOW THESE SAFEGUARDS AND INSTRUCTIONS MAY RESULT IN INJURY AND/OR PROPERTY DAMAGE.

2. Use only the Instant Pot® Duo Nova lid with the Instant Pot® Duo Nova pressure cooker. Using any other pressure cooker lids may cause injury and/or damage.

3. Always operate the appliance on a stable, non-combustible, level surface.

4. Do not use the appliance for anything other than its intended use. Failure to follow these instructions may result in injury or property damage.

5. For household use only. Do not use outdoors. Not for commercial use.

6. **⚠ CAUTION**  Do not place the appliance on or in close proximity to a hot gas or electric burner, or a heated oven. Heat from an external source will damage the appliance. Failure to follow these instructions may result in injury or property damage.

7. **⚠ CAUTION**  Do not use the appliance near water or flame. Keep out of direct sunlight. Failure to follow these instructions may result in injury or property damage.

8. **⚠ CAUTION**  Do not touch hot surfaces. Only use side handles for carrying or moving. Extreme caution must be used when moving the appliance containing hot liquids. Do not move the appliance when it is under pressure.

9. **⚠ CAUTION**  The cooker base contains electrical components. To avoid electrical shock, do not put liquid of any kind into cooker base , and do not immerse power cord, plug, or the appliance in water or other liquid. Do not rinse the appliance under tap.

10. **⚠ CAUTION**  Do not fill over "PC MAX – 2/3" as indicated on the inner pot. When cooking foods that expand during cooking such as rice or dried vegetables, do not fill the inner pot over "– 1/2" line. Overfilling may cause a risk of clogging the steam release pipe and developing excess pressure. Refer to the "Getting Started Guide."

**⚠ WARNING**  Read this manual carefully and completely, and retain for future reference. Failure to adhere to safety instructions may result in serious injury.

# IMPORTANT SAFEGUARDS

11. **⚠ WARNING**  This appliance cooks under pressure. Failure to follow these instructions may result in burns, injury and/or property damage. Make certain the appliance is properly closed before operating.

12. When cooking meat with skin (e.g. sausage with casing), the skin can swell when heated. Do not pierce the skin while it is swollen; this could result in scalding injury.

13. **⚠ CAUTION**  When pressure cooking food with a doughy or thick texture, or a high fat/oil content, contents may splatter when opening the lid. Please follow recipe instructions for pressure release method. Refer to Depressuring the Cooker in this manual.

14. **⚠ CAUTION**  Before each use, check the steam release valve/handle, steam release pipe, anti-block shield and float valve for clogging. Refer to the "Getting Started Guide." Failure to do so may result in injury or property damage.

15. **⚠ WARNING**  Do not open the appliance until it has depressurized and all internal pressure has been released. If the float valve is still up and/or the lid is difficult to open, this indicates that the appliance is still pressurized – do not force it open. Any pressure in the appliance can be hazardous. Refer to the "Depressurizing the Cooker" in this manual for information on releasing pressure. Opening appliance while it is still pressurized may lead to sudden release of hot contents and may cause burns or other injuries.

16. Do not use this appliance for deep frying or pressure frying with oil.

17. Do not lean over or place your hands or face over the steam release valve/ handle or float valve when the appliance is in operation or has residual pressure. Do not touch the metal portion of the lid when the appliance is in operation; this could result in injury.

18. Do not cover or obstruct the steam release valve/handle and/or float valve with cloth or other objects. Obstructing the steam release valve/ handle and/or float valve can create a safety issue and may cause injury.

19. Turn the appliance off if steam escapes from the steam release valve/ handle and/or float valve in a steady stream for longer than 3 minutes. There may be residual pressure in the appliance. Allow the appliance to depressurize naturally or release all excess pressure before opening. For more information on how to release pressure, refer to "Troubleshooting" on page 47 of this guide.

 **⚠ WARNING**  Read this manual carefully and completely, and retain for future reference. Failure to adhere to safety instructions may result in serious injury.

# IMPORTANT SAFEGUARDS

20. Turn the appliance off if steam escapes from the sides of the lid and ensure sealing ring is properly installed. Refer to page 22 in this manual on how to check the sealing ring.

21. To disconnect, select Cancel, then remove plug from power source.

22. Unplug from the outlet when not in use, as well as before adding or removing parts or accessories, and before cleaning. To unplug, grasp the plug and pull from the outlet. Never pull from the power cord.

23. Regularly inspect the appliance and power cord. Do not operate the appliance if the power cord or plug is damaged, or after the appliance malfunctions or is dropped or damaged in any manner. For assistance, contact Customer Care at support@instantpot.com or 1-800-828-7280.

24. ⚠ **CAUTION**   Do not let the power cord hang over edges of tables or counters, or touch hot surfaces or open flame, including the stovetop.

25. ⚠ **CAUTION**   Spilled food can cause serious burns. A short power-supply cord is provided to reduce the hazards resulting from grabbing, entanglement and tripping.
    • Keep the appliance and cord away from children.
    • Never drape the power cord over edges of tables or counters.
    • Never use below-counter power outlets, and never use with an extension cord.

26. Intended for countertop use only. Keep the appliance on a stable, heat-resistant platform. Do not place on anything that may block the vents on the bottom of the appliance. Do not place on a hot stove.

27. ⚠ **CAUTION**   Do not use any accessories or attachments not authorized by Instant Brands™ Inc. The use of attachments not recommended by the manufacturer, may cause a risk of injury, fire or electric shock.

28. ⚠ **CAUTION**   Before inserting the inner pot into the appliance, clean the outer surface of the inner pot and the heating element located on the inner surface of the outer pot with a clean dry cloth. Ensure they are dry and free of food debris. Refer to "Care & Cleaning." Failure to do so may result in injury or property damage.

29. Do not attempt to repair, replace, or modify components of the

⚠ **WARNING**   Read this manual carefully and completely, and retain for future reference. Failure to adhere to safety instructions may result in serious injury.

# IMPORTANT SAFEGUARDS

appliance, as this may cause electric shock, fire or injury, and will void the warranty.

30. Do not tamper with any of the safety mechanisms. Failure to follow these instructions may result in injury or property damage.

31. Do not use the appliance in electrical systems other than 120V/60Hz for North America. Do not use with power converters or adapters.

32. This appliance is NOT to be used by children or by persons with reduced physical, sensory, or mental capabilities. Close supervision is necessary when any appliance is used near children and these individuals. Children should not play with this appliance.

33. To reduce the risk of pressure leakage, cook only in an authorized stainless steel Instant Pot® Inner pot. DO NOT use the appliance without the removable inner pot installed.

34. To prevent personal injury and damage to the appliance, only replace the sealing ring with an authorized Instant Pot® sealing ring. Refer to the "Getting Started Guide."

35. The use of accessory attachments not recommended by the appliance manufacturer may cause injuries.

36. Proper maintenance is recommended after each use. Refer to "Care & Cleaning." Let the appliance cool to room temperature before cleaning or storage.

37. Never connect this appliance to an external timer switch or separate remote-control system.

38. **⚠ CAUTION** DO NOT touch accessories during or immediately after cooking. To avoid personal injury,
    - Always use oven mitts when removing accessories, and to handle the inner pot.
    - Always place hot accessories on a heat resistant surface or cooking plate.
    - Use extreme caution when disposing of hot grease.
    
    Failure to follow these instructions may result in injury or property damage

39. Do not leave the appliance unattended while in use.



**⚠ WARNING** Read this manual carefully and completely, and retain for future reference. Failure to adhere to safety instructions may result in serious injury.

# IMPORTANT SAFEGUARDS

40.  **⚠ CAUTION**  Extreme caution must be used when the inner pot contains hot oil, hot food, or hot liquids. Improper use, including moving the cooker base, may result in personal injury. Do not move the appliance while it is in use.

41.  Oversized foods and/or metal utensils must not be inserted into the inner pot as they may cause risk of fire and/or personal injury.

42.  Do not store any materials in the cooker base or inner pot when not in use.

43.  Do not place any combustible materials in the cooker base or inner pot, such as paper, cardboard, plastic, Styrofoam or wood.

44.  Do not use the included accessories in a microwave, toaster oven, convection or conventional oven, or on a ceramic cooktop, electric coil, gas range, or outdoor grill.

45.  The removable inner pot can be extremely heavy when full of ingredients. Care should be taken when lifting the inner pot from the cooker base to avoid burn injury.

46.  **⚠ CAUTION**  Use caution when removing the lid. Heat and steam escapes as soon as the lid is removed. Never place your face, hands or exposed skin over the appliance opening where heat and steam escapes when removing the lid.

## SAVE THESE INSTRUCTIONS.

**⚠ WARNING**  Read this manual carefully and completely, and retain for future reference. Failure to adhere to safety instructions may result in serious injury.

# IMPORTANT SAFEGUARDS

| ⚠ WARNING |
|---|
| To avoid injury, read and understand instruction manual before using this appliance. Failure to do so may result in injury. |

| ⚠ WARNING |
|---|
| Electrical shock hazard. Use grounded outlet only. DO NOT remove ground. DO NOT use an adapter. DO NOT use an extension cord. Failure to follow instructions can cause electric shock or death. |

| ⚠ WARNING |
|---|
| THE FAILURE TO FOLLOW ANY OF THE IMPORTANT SAFEGUARDS AND THE IMPORTANT INSTRUCTIONS FOR SAFE USE IS A MISUSE OF YOUR APPLIANCE THAT CAN VOID YOUR WARRANTY AND CREATE THE RISK OF SERIOUS INJURY. |

## Special Cord Set Instructions

As per UL safety requirements, a short power supply cord (0.6 m to 0.9 m / 24" to 35") is provided to reduce the hazards resulting from grabbing, entanglement and tripping.

This appliance has a 3-prong grounding plug. To reduce the risk of electric shock, plug the power cord into a grounded (earthed) electrical outlet that is easily accessible.

## Product Specifications

     

| | | | | | |
|---|---|---|---|---|---|
| Duo Nova Mini | 3 Quarts / 2.8 Litres | 120 V~60 Hz | 700 W | 8.8 lb / 3.99 kg | 11.5" × 10.2" × 11"<br>29.2 cm × 25.9 cm × 27.9 cm |
| Duo Nova 60 | 6 Quarts / 5.7 Litres | 120 V~60 Hz | 1000 W | 11.8 lb / 5.37 kg | 13.2" × 12.2" × 12.5"<br>33.5 cm × 31 cm × 31.7 cm |
| Duo Nova 80 | 8 Quarts / 7.6 Litres | 120 V~60 Hz | 1200 W | 15.6 lb / 7.08 kg | 14.8" × 13.6" × 14"<br>37.6 cm × 34.3 cm × 36.8 cm |

⚠ **WARNING** Read this manual carefully and completely, and retain for future reference. Failure to adhere to safety instructions may result in serious injury.

# Initial Setup

- Read all of the Important Safeguards in this User Manual before using the appliance. Failure to read and follow Important Safeguards may result in damage to the appliance, property damage or personal injury.

- Use only the Instant Pot® Duo Nova lid with the Instant Pot® Duo Nova pressure cooker. Using any other pressure cooker lids may cause injury and/or damage.

- Remove all packaging material and accessories from within and around the appliance.

- Follow Care & Cleaning instructions in this manual to clean the appliance before first use.

- Place the appliance on a stable, level surface, away from combustible material and external heat sources. Do not place the appliance on a stovetop.

- Do not place anything on top of the appliance.

- Do not block the pressure control mechanisms located on the appliance lid.

# Product, Parts & Accessories

## Top of Lid



Steam Release Valve

Float Valve

Handle

Lid Position Marker

Quick Release Button

Lid Fins
3, 6, and 8 quart models

## Underside of Lid



Locking Pin

Float Valve Silicone Cap

Anti-Block Shield

Steam Release Pipe
beneath Anti-Block Shield

*Note:* *Illustrations are for reference only and may differ from the actual appliance.*

## Product, Parts & Accessories

### Inner Pot



Stainless Steel Inner Pot

### Cooker Base



Cooker Handles

Control Panel

Heating Element

Condensation Rim

Outer Pot

Base Power Socket (Rear)

Cooker Base

*Note: Illustrations are for reference only and may differ from the actual appliance.*

12

# Control Panel

Duo Nova Multi-Use Pressure Cookers feature an intuitive control panel with LED display to help make cooking fast and easy.



**①　Display**

**Status Icons** show cooker status as described in "Status Indicators," below.

**Timer/Readout** shows countdown to **Delay Start**, cooking time remaining, and **Keep Warm** time passed in hours and minutes. Also shows certain "Status Messages" as described below.

**Less – Normal – More** indicate the selected Smart Program cooking time or temperature.

**Pressure Level Indicator** shows the selected Smart Program pressure level.

**②　Smart Program Settings Keys**

**–/+ keys** – adjust **Delay Start**, cooking and **Keep Warm** times.

**Pressure Level** – toggles between **Low** and **High** pressure levels.

**Keep Warm** – turns the **Keep Warm** option on or off.

## Control Panel

**Delay Start** – enables the delayed start option.

**LED Indicators** show the selected or active Smart Program including any options selected.

**Cancel** – Press cancel at any time to return the cooker to Standby mode.

*See "Settings," below for more information.*

**3**  **Smart Programs**

**Pressure Cooking**
Soup/Broth
Meat/Stew
Bean/Chili
Poultry (not available on Duo Nova 3 Quart models)
Rice
Multigrain (not available on Duo Nova 3 Quart models)
Porridge
Steam
Pressure Cook

**Non-Pressure Cooking**
Slow Cook
Sauté
Yogurt
Keep Warm

## Status Messages



[**OFF**] indicates that the cooker is in Standby mode.

[**Lid**] indicates that the cooker lid is not properly secured.

[**On**] indicates that the cooker is preheating.

[**Auto**] indicates that the Rice Smart Program is running.

[**boiL**] indicates that the Yogurt Smart Program is in the process of pasteurizing milk (i.e., the Yogurt Smart Program is set to More).

[**Hot**] indicates that the Sauté Smart Program has reached cooking temperature and food may be added to the inner pot.

[**HH:MM**] displays one of the following:

• When Delay Start is selected, displays a countdown until the Smart Program begins;

• When a Smart Program is running, displays the cooking time remaining in that Smart Program;

• When Keep Warm is selected, displays the length of time that food has been warming.

[**End**] indicates that a Smart Program has ended.

[**Food Burn**] indicates that the cooker is overheating due to insufficient liquid. See "Troubleshooting" for more information.

[**C\***] indicates that an error has occurred. See "Troubleshooting" for more information on error codes.

15

## Status Icons

Illuminated when the heating element is active, e.g., during preheating mode and when heat is being applied during cooking.

Illuminated when the cooker is using a pressure cooking program.

Illuminated when Keep Warm is in progress.

Illuminated when cooker sounds are turned off.

*Note: Audible safety alerts (beeps) cannot be turned off.*

Pressure Cook Illuminated to indicate the Smart Program selected or running.

## Settings

### Pressure Cooking Smart Programs

#### Adjusting and Saving Pressure Levels

Select a pressure cooking Smart Program and press **Pressure Level** to toggle between "**Low**" and "**High**" pressure settings.

When cooking begins, the setting will be saved and remembered the next time the Smart Program is selected.

*Tip:* *Higher pressures create higher cooking temperatures.*

#### Adjust and Save Pressure Cooking Smart Program Cooking Time

Select a pressure cooking Smart Program and press the Smart Program key again to toggle through the "**Less**," "**Normal**" and "**More**" cooking time settings. View the cooking programs options on page 36.

When cooking begins, the setting will be saved and remembered the next time the Smart Program is selected.

#### Delay Start

With a Smart Program selected, press **Delay Start** to activate the delay hours. Press "**–/+**" to adjust.

Press **Delay Start** again to activate the delay minutes. Press "**–/+**" to adjust.

**Delay start** will activate after 10 seconds and start counting down.

**Delay start** can be set to a minimum of 10 minutes or maximum of 24 hours.

#### Keep Warm

With a Smart Program selected, press **Keep Warm** to toggle ON or OFF. The **Keep Warm** light will be illuminated when set to ON. **Keep Warm** will start automatically after the Smart Program ends and continue until **Cancel** is pressed or the cooker lid is removed.

# Settings

## Non-Pressure Cooking Smart Programs

### Adjust and Save Non-Pressure Cooking Temperatures

Select a non-pressure cooking Smart Program and press the Smart Program again to toggle through the "**Less**," "**Normal**" and "**More**" cooking temperature settings.

When cooking begins, the setting will be saved and remembered the next time the Smart Program is selected.

### Adjust and Save Non-Pressure Cooking Time

Select a non-pressure cooking Smart Program and press "**–/+**" to adjust cooking time. Cooking time adjustments made while cooking is in progress will apply to the current cooking session only and will not be saved.

### Delay Start

With a Smart Program selected, press **Delay Start** to activate the delay hours. Press "**–/+**" to adjust.

Press **Delay Start** again to activate the delay minutes. Press "**–/+**" to adjust.

*Note: Delay Start is not available with the Sauté or Yogurt Smart Programs.*

### Keep Warm

With a Smart Program selected, press **Keep Warm** to toggle ON and OFF.

*Note: Keep Warm is not available with the Sauté or Yogurt Smart Programs.*

18

# Settings

## Resetting Smart Programs to Factory Default Settings

### Resetting Individual Smart Programs

With the cooker in Standby mode (Display reads "**Off**"), press and hold the Smart Program control you wish to reset to factory default for 10 seconds. The Smart Program pressure level, cooking time and temperature settings will be restored to the factory defaults.

### Reset All Time and Temperature Settings

With the cooker in Standby mode (Display reads "**Off**"), press and hold **Cancel** for 10 seconds. All Smart Program pressure levels, cooking times and temperatures will be restored to the factory defaults.

### Turn Sounds On and Off

Cooker sounds are ON by default. With the appliance in Standby mode (Display reads "**Off**"), press and hold the "**–**" for 5 seconds to turn all sounds except error alerts OFF. The 🔇 status indicator will be illuminated. Press and hold the "**+**" for 5 seconds to turn all sounds ON. The 🔇 status indicator will be extinguished.

19

# Cleaning Before First Use




1. Remove the inner pot from the cooker and wash with hot water and dish soap.

   **Note:** *the inner pot is dishwasher safe.*

2. Inspect inner pot for deformations or damage.

   **Note:** *To avoid personal injury or damage to the appliance, replace a deformed or damaged inner pot. Use only authorized Instant Pot inner pots in your cooker.*

3. Rinse and dry the inner pot before returning it to the cooker.

4. Wipe the heating element with a dry cloth to ensure that it is dry and free of food particles. Failure to do so may result in personal injury or damage to the appliance.

| ⚠ CAUTION | To avoid risk of personal injury and/or property damage, do not pour food or liquid into cooker base. |
|---|---|
| ⚠ WARNING | Do not fill the inner pot higher than the PC MAX — 2/3 line (Pressure Cooking Maximum), as indicated on the inner pot. Exercise extreme caution when cooking and venting food such as applesauce, cranberries, pearl barley, oatmeal, split peas, noodles, etc., as these foods may foam, froth, or spatter, and may clog the steam release pipe and/or steam release valve. Do not fill the inner pot higher than the —1/2 line when cooking these foods. |

20

# Pressure Control Features

## Locking Lid

Place the lid on the cooker with the ⟵▼⟶ on the lid aligned with the 🔓▲ on the cooker base.

To lock the lid and seal the cooker, turn the lid clockwise until the ⟵▼⟶ is aligned with the 🔒▲ on the cooker base.



# Pressure Control Features

## Sealing Ring

The sealing ring installed on the underside of the lid creates an air-tight seal between the lid and the cooker.

Remove the sealing ring by pulling it gently off of the circular, stainless steel sealing rack attached to the underside of the cooker lid.

Clean and inspect the sealing ring for deformation or damage after each use.

Reinstall by gently pressing the sealing ring over the sealing ring rack. Ensure that the sealing ring rack sits snugly within the groove in the sealing ring.



*Notes:* *Two sealing rings are included with the cooker. Use one for sweet dishes and one for savory dishes.*
*Only one sealing ring should be installed in the lid when using the cooker.*
*Replace the sealing ring(s) every 12 months or when the sealing ring becomes deformed or damaged.*

| ⚠ CAUTION | Always check for cuts or deformations in sealing ring prior to cooking. Only use authorized Instant Pot® sealing rings. Failure to follow these instructions may cause food to discharge, which may lead to personal injury or property damage. |
|---|---|
| ⚠ CAUTION | Sealing rings may stretch over time. Do not use a stretched or damaged sealing ring. If puckering occurs, replace sealing ring. |

## Pressure Control Features

### Quick Release Button

When the cooker lid is locked, the Quick Release Button is automatically set to the sealed (up) position, sealing the cooker and allowing pressure to build. (The Float Valve will pop up when the cooker is pressurized.)

Release pressure by pressing down on the Quick Release Button to open the Steam Release Valve.

Close the Steam Release Valve by turning the Quick Release Button counter-clockwise until it pops up into the sealed position.



Vent (down)                    Seal (up)

### Float Valve

The Float Valve provides a visual indication of the pressure within the cooker.



When the Float Valve is up, the cooker is pressurized.

Clean and inspect the Float Valve after each use.

|  **⚠ CAUTION** | All pressure must be released and float value must be down. Failure to follow these instructions could result in property damage and/or personal injury. |
|---|---|

## Pressure Control Features

Remove the Float Valve by pulling the Float Valve Silicone Cap off the Float Valve pipe (on the underside of the lid) and removing the float valve from top of lid.

Reinstall the Float Valve by inserting it pipe-first into float valve hole in the top of the lid. Hold it in that position while firmly pressing the silicone cap on to the valve pipe protruding from the underside of the lid.

Do not attempt to operate the pressure cooker without the float valve or silicone cap properly installed in the cooker lid.

### Steam Release Valve

The Steam Release Valve (located in the top of the lid) opens to allow the release of pressure within the cooker when the Quick Release Button is pressed.



The Steam Release Valve will also open automatically to regulate and maintain optimal pressure while cooking.

Remove the Steam Release Valve cover by pulling it up and off the Steam Release Valve stem.

Clean and inspect the Steam Release Valve cover after each cooker use.

Reinstall the cover by pressing it firmly downward on to the Steam Release Valve stem until it snaps into place.

Do not attempt to operate the pressure cooker without the Steam Release Valve cover installed.

24

# Pressure Control Features

## Anti-Block Shield

The Steam Release Valve includes an Anti-Block Shield located on the underside of the lid.



The Anti-Block Shield prevents food particles from entering the Steam Release Valve and affecting the performance of the cooker.

Remove by pressing firmly against the side of the Anti-Block Shield (pressing towards outside edge of lid) until it pops off of the spring tabs.

Clean and inspect the Anti-Block Shield after each use.

Reinstall the Anti-Block Shield by centering it over the spring tabs and pressing down firmly until it snaps into place.

Do not attempt to operate the pressure cooker without the Anti-Block Shield installed.

# Pressure Control Features

## Condensation Collector

The Condensation Collector holds the condensate that collects naturally in the Condensation Rim while cooking.

To install the Condensation Collector, align and slide the grooves on either side of the top of the reservoir over the tabs in the reservoir holder at the back of the cooker.



Do not operate the pressure cooker without the Condensation Collector installed.

# Depressurizing the Cooker (Venting Methods)

Always follow the Instant Pot pressure cooking recipe instructions for depressurizing the cooker. There are two ways to release pressure. Natural Release (NR) and Quick Relase (QR).

## Natural Release

**Important**: Use Natural Release to depressurize the cooker after cooking high starch foods (e.g., soups, stews, chilis, pasta, oatmeal and congee) or when cooking foods that expand when cooked (e.g., beans and grains).

Leave the Quick Release Button in the closed position. As the temperature within the cooker drops, the cooker will depressurize naturally over time.

Depressurization time varies with volume of food and liquid in the cooker and can take 10–40 minutes or longer. When the cooker is safely depressurized, the Float Valve drops into the lid.



# Depressurizing the Cooker (Venting Methods)

## Quick Release

**Important**: Do not use quick release when cooking high starch foods (e.g., soups, stews, chilis, pasta, oatmeal and congee) or when cooking foods that expand when cooked (e.g., beans and grains). To release pressure quickly, press the Quick Release Button down until it locks into place.



Pressure will be released through the Steam Release Valve. When the cooker is safely depressurized, the Float Valve will lower into the lid.

If quick venting creates undesirable steam spatter, close the Quick Release Button by turning it counter-clockwise until it pops up, and try again after a few minutes. If spatter continues, use the Natural Release procedure to release remaining pressure.



| ⚠ WARNING | | |
|---|---|---|
| Do **NOT** lean over steam release valve. | Do **NOT** place unprotected skin over steam release valve. | Do **NOT** cover steam release valve. |

## Initial Test Run

Follow these steps to ensure that your cooker builds and releases pressure properly.

1. Remove the inner pot from the cooker

2. Add 3 cups (750 ml) of water to the inner pot

3. Place inner pot in cooker.

4. Place the lid on the cooker with the ◄——▼——► on the lid aligned with the 🔓▲ on the cooker base. Turn the lid clockwise until the ◄——▼——► is aligned with the 🔒▲ on the cooker base. The Quick Release Button will pop up into the sealed position.



5. Plug the power cord into a 120 V outlet. (The Display will read "**OFF**.")

6. Press **Pressure Cook** to select the Pressure Cook Smart Program.

7. Press **Keep Warm** to deactivate the Keep Warm option.

8. Press "**–/+**" to adjust cooking time to "**00:05**."

9. After 10 seconds, the Display will read "**On**" to indicate that pre-heating has begun.

10. The Float Valve will pop up when the cooker has reached the required pressure level. The Display will count down the remaining cooking time.

11. The Display will read "**End**" when the Smart Program is complete. Press the Quick Release Button down until it locks into place. Steam will be released through the Steam Release Valve. The Float Valve will drop into the lid when the cooker is fully depressurized.

12. Turn the lid counter-clockwise to unlock. Lift the lid, remove the inner pot, discard the remaining water and dry the inner pot.

---

| ⚠ **CAUTION** | Inner pot will be hot after cooking. Always use oven mitts or Instant Pot Mini Mitts when handling a hot inner pot. |
|---|---|

# Cooking With the Duo Nova

## Pressure Cooking with the Duo Nova

### Pre-heating and Pressurization

Pressure cooking is a fast, thorough and energy-efficient way to cook a variety of foods.

Heat vaporizes the liquid inside the cooker and activates the float valve, which pops up automatically to seal and allow the cooker to become pressurized.



It is normal to see some steam escaping through the float valve during this process. Pressurization time varies with the volume of liquid and food in the cooker.

### Cooking

When the required pressure level is reached, cooking begins. The Display will count down the Smart Program cooking time in hours and minutes.

Cooking time, temperature and pressure level can be adjusted while the Smart Program is running.

The Display will read "**00:00**" when the Smart Program is complete.

If **Keep Warm** is activated, the Display shows the elapsed time after Smart Program cooking has ended.

### Depressurizing

Always follow the Instant Pot pressure cooking recipe for the correct pressure venting procedure.

|  | Do not attempt to remove lid while cooker is pressurized. See "Depressurizing the Cooker" for more information on releasing pressure. Failure to follow the instructions may result in property damage and/or personal injury. |
|---|---|

30

# Cooking With the Duo Nova

## Using the Pressure Cooking Smart Programs

Follow these steps when using pressure cooking Smart Programs.



1. Add liquid and food to the inner pot as directed by the recipe.

| Size | Minimum Liquid* |
|------|-----------------|
| 3 Quarts / 2.8 Litres | 1 cup (8 oz / 250 ml) |
| 6 Quarts / 5.7 Litres | 1 1/2 cups (12 oz / 375 ml) |
| 8 Quarts / 7.6 Litres | 2 cups (16 oz / 500 ml) |

2. Place the inner pot in the cooker.

3. Place the cooker lid on the base, align the ◀▼▶ with the 🔓▲ and turn clockwise to lock 🔒▲ in place. The lid will automatically be in the sealed position and the quick release button will be up.



| ⚠ CAUTION | Do not fill inner pot higher than "PC MAX—2/3" line indicated on inner pot. When cooking foods that expand such as rice or beans, do not fill the appliance over "—1/2" line indicated on inner pot. |
|-----------|---------|

| ⚠ CAUTION | Liquids must be water-based. To avoid scorching or scalding injury, be cautious when cooking with more than 1/4 cup (2 oz / 60 mL) oil, oil-based sauces, condensed cream-based soups, and thick sauces. Add suitable liquid to thin sauces. Avoid recipes that call for more than 1/4 cup (2 oz / 60 mL) of oil or fat content. |
|-----------|---------|

# Cooking With the Duo Nova

4. Press a pressure cooking Smart Program key.

5. **Less** **Normal** **More** Press the Smart Program key repeatedly to cycle through and select a Smart Program cooking time/temperature setting.

6. **Pressure Level** Press **Pressure Level** to toggle between the Low and High pressure options.

7. Press ➖ ➕ to adjust cooking time.

   *Note: When cooking begins, pressure cooking settings adjustments will be saved and remembered the next time the Smart Program is selected.*

8. Press **Keep Warm** to turn the Keep Warm option on or off.

9. Press **Delay Start** and the "**–/+**" controls to set the hours and minutes before the Smart Program begins.

   Delay Start countdown will begin automatically after 10 seconds.

   If Delay Start is active, the Display will show the time remaining until the Smart Program cooking begins.

   When the Smart Program begins, the Display will read "**On**" to indicate that preheating is in progress.

   When the cooker reaches the target cooking temperature, cooking begins and the Display will count down the remaining cooking time.

   The Display will read "**End**" when the Smart Program is complete.

   Follow the Instant Pot recipe directions for cooker depressurization before attempting to remove the lid.

   To end the Smart Program at any time, press **Cancel**.



| ⚠ **WARNING** | Until cooker pressurizes and float valve has popped up, lid will be removable. Once pressurized, lid will lock. To avoid scalding injury, do not attempt to force lid open while cooker is pressurized. Failure to follow these instruction may result in property damage and/or personal injury. |

# Pressure Cooking Default Settings

| Smart Program | Settings and Default | | | | | | |
|---|---|---|---|---|---|---|---|
| Soup/Broth | Pressure | Low (35–55 kPa / 5–8 psi) | | | High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:20 | 00:30 | 04:00 | 00:20 | 00:30 | 04:00 |
| Meat/Stew | Pressure | Low (35–55 kPa / 5–8 psi) | | | High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:20 | 00:35 | 00:45 | 00:20 | 00:35 | 00:45 |
| Bean/Chili | Pressure | Low (35–55 kPa / 5–8 psi) | | | High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:25 | 00:30 | 00:40 | 00:25 | 00:30 | 00:40 |
| Poultry* | Pressure | Low (35–55 kPa / 5–8 psi) | | | High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:05 | 00:15 | 00:30 | 00:05 | 00:15 | 00:30 |
| Rice | Pressure | Low (35–55 kPa / 5–8 psi) | | | High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:08 | 00:12 | 00:15 | 00:08 | 00:12 | 00:15 |
| Multigrain* | Pressure | Low (35–55 kPa / 5–8 psi) | | | High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:20 | 00:40 | 01:00 (+ 00:45 soaking time) | 00:20 | 00:40 | 01:00 (+ 00:45 soaking time) |
| Porridge or Oatmeal | Pressure | Low (35–55 kPa / 5–8 psi) | | | High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:05 | 00:20 | 00:30 | 00:05 | 00:20 | 00:30 |

## Pressure Cooking Default Settings

| Smart Program | Settings and Default | | | | | | |
|---|---|---|---|---|---|---|---|
| Steam | Pressure | Low (35–55 kPa / 5–8 psi) | | | High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:03 | 00:10 | 00:15 | 00:03 | 00:10 | 00:15 |
| Pressure Cook | Pressure | Low (35–55 kPa / 5–8 psi) | | | High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:20 | 00:35 | 00:45 | 00:20 | 00:35 | 00:45 |

**\*** *Not available on Duo Nova 3 Quart models.*

⚠ **CAUTION**   Always use a meat thermometer to ensure the internal temperature of meats reaches a safe minimum internal temperature.

34

# Pressure Cooking Tips

| Smart Program | Setting | Suggested Use | Note |
|---|---|---|---|
| Soup/ Broth | Less | Soup without meat | Liquid remains clear due to lack of boiling motion. Always use NR to release pressure when cooking soup with a high starch content. |
| | Normal | Soup with meat | |
| | More | Rich bone broth | |
| Meat/ Stew | Less | Soft texture | Choose setting based on meat texture desired, or adjust cook time manually. Allow meat to "rest" for 5–30 minutes, depending on size. It will retain cooking juices for tender, succulent meat. |
| | Normal | Very soft texture | |
| | More | Fall-off-the-bone texture | |
| Bean/ Chili | Less | Firmer texture | Choose setting based on bean texture desired, or adjust cook time manually. When cooking beans or legumes, always use NR to release pressure. Ensure dry beans are completely submerged in water. |
| | Normal | Soft texture | |
| | More | Very soft texture | |
| Poultry* | Less | Soft texture | Choose setting based on poultry texture desired or adjust cook time manually. Allow meat to "rest" for 5–30 minutes, depending on size. It will retain cooking juices for tender, succulent meat. *6 & 8 Quart only – Mini use **Pressure Cook**. |
| | Normal | Very soft texture | |
| | More | Fall-off-the-bone texture | |
| Rice | Less | Tender but firm to bite | For cooking medium and long-grain white rice. Depending on the volume of rice, cook time may range from 8–15 minutes. Use 10-Minute Natural Release after cooking for perfect results. |
| | Normal | Normal texture white rice | |
| | More | Softer texture white rice | |

# Pressure Cooking Tips

| Smart Program | Setting | Suggested Use | Note |
|---|---|---|---|
| Multi-grain* | Less | Brown rice, wild rice, black beans, chickpeas, etc. | Select "**Less**" or "**Normal**" based on type of grain and desired texture. "**More**" begins with 45 minutes of warm water soaking time prior to 60 minutes of pressure cooking. *6 & 8 Quart only – Mini use **Pressure Cook**.* |
| | Normal | Brown rice, wild rice, mung beans, etc. | |
| | More | Tough grains or a mixture of grains and beans | |
| Porridge | Less | Oatmeal—steel cut or rolled | Adjust time as directed in recipe. Always use NR to release pressure when cooking foods that expand. |
| | Normal | White rice, porridge/congee | |
| | More | Rice porridge/congee with a mixture of various grains | |
| Steam | Less | Vegetables | Use steam rack provided to elevate food above the cooking liquid. Use QR to release pressure to prevent food from overcooking. |
| | Normal | Fish and Seafood | |
| | More | Meat | |
| Pressure Cook | NA | Manual programming | Press **Pressure Level** to toggle between **High** and **Low** pressure. Use **+ / -** keys to adjust cook time. Adjust according to recipe for desired results. |

## Non-Pressure Cooking With the Duo Nova

Follow these steps when using non-pressure cooking Smart Programs.



### Slow Cook

1. Add liquid and food to the inner pot.

2. Place the inner pot in the cooker.

3. Lock the cooker lid in place, or alternatively you can cover the cooker with an Instant Pot Glass Lid (purchased separately).



4. Press the Quick Release Button down to ensure that the Steam Release Valve is open.

37

# Non-Pressure Cooking With the Duo Nova

5. Press **Slow Cook**.

6. Less Normal More Press **Slow Cook** again to adjust the cooking temperature.

| Setting | Suggested Use |
|---------|---------------|
| Less | 4.5 hours to 97–100°C / 207–212°F |
| Normal | 3.5 hours to 97–100°C / 207–212°F |
| More | 2.5 hours to 97–100°C / 207–212°F |

*Time to reach target temperature can be +/– 30 minutes from set time.*

7. Press ⊖ ⊕ to adjust cooking time.

   **Note:** *When cooking begins, the setting will be saved and remembered the next time the Smart Program is selected.*

   Optionally, press **Keep Warm** to turn the food warming option on or off.

   Optionally, press **Delay Start** and use the "**–/+**" controls to adjust the duration of the delay.

   The **Slow Cook** Smart Program will begin automatically after 10 seconds.

   If Delay Start is active, Display will count down the time remaining until the Smart Program begins.

   When the Smart Program begins, the Display will read "**On**" to indicate that preheating is in progress.

   When cooking begins, the Display will count down the remaining cooking time.

   The Display will read "**End**" when the Smart Program is complete.

   To end the Smart Program at any time, press **Cancel**.

# Non-Pressure Cooking With the Duo Nova

## Smart Program – Sauté

1. Place the inner pot in the cooker.

2. Press **Sauté**.

3. Less Normal More Press **Sauté** again to adjust the cooking temperature.

| Setting | Suggested Use |
|---------|---------------|
| Less | Simmering, thickening and reducing liquids |
| Normal | Pan searing or sautéing |
| More | Stir-frying or browning meat |

*Note: Cooking temperature adjustments will be saved to the Smart Program when cooking begins.*

The **Sauté** Smart Program will begin automatically after 10 seconds and the Display will read "**On**" to indicate that heating is in progress.

When the cooker has reached the target cooking temperature, the Display will read "**Hot**" to indicate that food may be added to the inner pot.

*Note: The Display may alternate between "On" and "Hot" during cooking to indicate that the cooker is maintaining the target cooking temperature.*

The Display will read "**End**" when the Smart Program is complete.

To end the Smart Program at any time, press **Cancel**. You cannot use the **Keep Warm** function with **Sauté**.

When using **Sauté** mode with pressure cooking, always ensure you deglaze the pot after you are finished sautéing and before you pressure cook as food can get stuck on the bottom of the inner pot.

Deglazing involves adding a thin liquid like water or broth to the hot surface and scraping the bottom with a silicone scraper or wooden spatula to remove anything that may be stuck to the bottom.

Deglazing also adds flavor to your dish and can prevent getting a "burn" notice.

⚠ **WARNING**   When sautéing, food may burn if unmonitored. To avoid burning, do not leave cooker unattended and do not use a lid.

# Non-Pressure Cooking With the Duo Nova

## Smart Program – Yogurt

| Smart Program | Setting | Suggested Use | Note |
|---|---|---|---|
| Yogurt | Less | For Jiu Niang, a sweet fermented glutinous rice dessert | Default fermentation time is "24:00" hours. Adjust time based on recipe. |
| | Normal | Fermenting milk after curlture has been added | Default fermentation time is "08:00" hours. Adjust as desired up to "99:30" hours. "yogt" will be displayed on-screen when completed. |
| | More | Pasteurizing milk | "boiL" will be displayed while Program is running. "yogt" will be displayed when completed. |

### Step 1 – Pasteurize Milk

1. Add milk to the inner pot.

| Minimum and Maximum Milk Volumes | | |
|---|---|---|
| Duo Nova Model | Minimum | Maximum |
| 3 Quart / 2.8 Litres | 2 cups (6.7 oz / 473.2 mL) | 2 quarts (80 oz / 2.3 L) |
| 6 Quart / 5.7 Litres | 4 cups (32 oz / 946.4 mL) | 4 quarts (128 oz / 4.5 L) |
| 8 Quart / 7.6 Litres | 6 cups (50 oz / 1419.5 mL) | 6 quarts (240 oz / 6.8 L) |

2. Place the inner pot in the cooker.

3. Lock the cooker lid in place.



# Non-Pressure Cooking With the Duo Nova

4.  Press the Quick Vent Control down to ensure that the Steam Release Valve is open.



5.  Press **Yogurt**.

6.  Press **Yogurt** again to adjust the cooking temperature to **More**. The Display will read "**boiL**."

    The Yogurt Smart Program will begin automatically after 10 seconds.

    When the cooker has reached the target cooking temperature for Step 1, the Display will read "**End**" and return to Standby mode.

    *Note: Use a thermometer to ensure that the milk has reached the pasteurization temperature of 161°F / 72°C.*

## Step 2 – Add Starter Culture

1.  Remove the inner pot from the cooker and allow the milk to cool.

2.  Add starter culture to the milk in accordance with the instructions included with starter culture product.

    *Note: Plain yogurt with active cultures can also be used as a starter. Follow a trusted Instant Pot yogurt recipe when using yogurt as a starter culture.*

3.  Place the inner pot in the cooker.

4.  Lock the cooker lid in place.

5.  Press the Quick Release Button down to ensure that the Steam Release Valve is open.



# Non-Pressure Cooking With the Duo Nova

### Step 3 - Ferment

6. Press **Yogurt**.

7. Press **Yogurt** again to adjust the cooking temperature to **Normal**.
   The Display will read "**08:00**" (i.e., the default fermentation time).

   Optionally, press "**–/+**" to adjust fermentation time.

   The **Yogurt** Smart Program will begin automatically after 10 seconds and the Display will show the elapsed cooking time.

   The Display will read "**End**" when the Smart Program is complete.

   To end the Smart Program at any time, press **Cancel**.

## Using Pre-measured Yogurt Cups

Pre-measured yogurt cups can be used with the Yogurt Smart Program.

1. Transfer the milk to the pre-measured yogurt cups.

2. Seal the pre-measured yogurt cups.

3. Clean the inner pot thoroughly.

4. Place the Steam Rack in the bottom of the Inner Pot.

5. Place the sealed yogurt cups on the Steam Rack and add water to the Inner Pot until the cups are submerged halfway.

## Non-Pressure Cooking With the Duo Nova

### Smart Program - Keep Warm (Manual)

1. With the cooker in Standby mode, press **Keep Warm**.

2. Less  Normal  More  Press **Keep Warm** again to toggle through the Less / Normal / More temperature settings. See Default Settings on next page.

3. – + Press "**–/+**" to adjust the warming time to a maximum of 99:50 hours.

   *Note: Keep Warm function will count up.*

# Non-Pressure Cooking Default Settings

| Smart Program | Settings and Defaults | | | |
|---|---|---|---|---|
| **Slow Cook** | Setting | Less | Normal | More |
| | Default Cooking Time (adjustable) | 08:00 | 06:00 | 04:00 |
| | Cooking Temperature (not adjustable) | 97–100°C / 207–212°F | | |
| **Sauté** | Setting | Less | Normal | More |
| | Default Cooking Time (not adjustable) | 00:30 | | |
| | Cooking Temperature (not adjustable) | 105°C / 221°F | 169°C / 156°F | 174°C / 345°F |
| **Yogurt** | Setting | Less | Normal | More |
| | Default Cooking Time | 24:00 (adjustable) | 08:00 (adjustable) | boiL (not adjustable) |
| | Cooking Temperature (not adjustable) | 33°C / 91.5°F | 42°C / 108°F | 83–88 °C / 181.4–190.4°F |
| **Keep Warm** | Setting | Less | Normal | More |
| | Cooking Temperature (not adjustable) | 56°C / 133°F | 63°C / 145°F | 74°C / 165°F |

44

# Care & Cleaning

Clean the pressure cooker after each use. Always ensure the inner pot is dry on the outside before inserting into the cooker base and that the cooker base is free of food or debris.

Always unplug the cooker and let it cool to room temperature before cleaning.

Never use harsh chemical detergents, scouring pads, or powders to clean any part of the cooker.

| Cleaning Method | Part | Cleaning Tip |
|---|---|---|
| Dishwasher Safe or Hand Wash | Accessories<br>• Steam Rack<br>• Condensation Collector | Never use harsh chemical detergents, powders or scouring pads on accessories<br><br>Place on top rack of dishwasher<br><br>Wash after each use |
| | Lid<br>Small Parts<br>• Anti-Block Shield<br>• Sealing Ring<br>• Steam Release Handle<br>• Float Valve<br>• Float Valve Silicone Cap | Remove small parts from lid before washing<br><br>Inspect and clean steam release pipe regularly<br><br>Wash after each use with hot water and mild dish soap<br><br>All small parts should be removed once every few cooking cycles for routine cleaning, and any time there is visible food particles |
| | Inner Pot | Do not use abrasive cleaners or scouring pads on inner pot<br><br>Acute hard water staining may require scrubbing with a vinegar dampened sponge<br><br>Wash after each use<br><br>Ensure all surfaces are dry before placing in cooker base |
| Damp Wash Only | Detachable Power Cord (3 & 6 Quart Only) | Use a barely damp cloth to wipe any particles off power cord. |
| | Cooker Base | Wipe the inside of the outer pot as well as the condensation rim with a barely damp cloth, and allow to air dry<br><br>Clean cooker base and control panel with a soft, barely damp cloth or sponge |

## Care & Cleaning



| | | | |
|---|---|---|---|
| Ensure heating element remains dry at all times. | Do not immerse cooker base in water or attempt to cycle through dishwasher. | Do not submerge power cord at any time. | Do not wet prongs of power cord. |

# Troubleshooting

Register your product today at instantpot.com/support/register. To contact Customer Care, call 1 800 828 7280, email support@instantpot.com or chat instantpot.com/#Chat.

| Problem | Possible Reason | Solution |
|---|---|---|
| Difficulty closing lid | Sealing ring not properly installed | Reposition sealing ring, ensure it is snug behind sealing ring rack |
| | Float valve in the popped-up position | Gently press the float valve downward with a long utensil |
| | Contents in cooker are still hot | Turn steam release handle towards "**Venting**" position, then lower lid onto cooker base slowly, allowing heat to dissipate |
| Difficulty opening lid | Pressure inside the cooker | Release pressure according to recipe; only open lid after float valve has dropped down |
| | Float valve stuck at the popped-up position due to food debris or residue | Ensure steam is completely released by quick releasing pressure, then press float valve gently with a long utensil. Open lid cautiously. Thoroughly clean float valve, surrounding area, and lid before next use. |
| | ⚠ **CAUTION** | Contents may be under pressure. To avoid scalding injury, do not attempt to force lid open. |
| Inner pot is stuck to lid when cooker is opened | Cooling of inner pot may create suction, causing inner pot to adhere to the lid | To release the vacuum, turn steam release handle towards "**Venting**" position |
| Steam leaks from side of lid | Sealing ring damaged or not installed properly | Replace sealing ring |
| | Lid not closed properly | Open then close lid |
| | Sealing ring rack is warped or off-centre | Remove sealing ring from lid, check sealing ring rack for bends or warps, contact Customer Care |
| | Food debris attached to sealing ring | Remove sealing ring and clean thoroughly |
| | Inner pot rim may be misshapen | Check for deformation and contact Customer Care |

# Troubleshooting

| Problem | Possible Reason | Solution |
|---|---|---|
| Float valve does not rise | Food debris on float valve or float valve silicone cap | Remove float valve from lid and clean thoroughly; perform "**Initial Test Run**" to check for function; contact Customer Care |
| | Too little liquid in the inner pot | Check for scorching on bottom of inner pot; add 1 1/2 cups (12 oz / 325 mL) liquid to inner pot |
| | Float valve silicone cap worn, damaged or missing | Install or replace float valve |
| | Float valve obstructed by lid-locking mechanism | Tap float valve with a long utensil. If not resolved, turn cooker off and remove small parts from lid; clean thoroughly and re-install, then perform "**Initial Test Run**" to check for function; contact Customer Care |
| | No heat in the inner pot | Perform "**Initial Test Run**" to check for function; contact Customer Care |
| | Inner pot base may be damaged | Perform "**Initial Test Run**" to check for function; contact Customer Care |
| Minor steam leaking/hissing from steam release handle during cook cycle | Steam release handle not in "**Sealing**" position | Turn steam release handle to "**Sealing**" position |
| | Cooker is regulating excess pressure | This is normal; no action required |
| Steam gushes from steam release handle when in "Sealing" position | Not enough liquid in the inner pot | Add 1 1/2 cups (12 oz / 325 mL) of a thin cooking liquid to inner pot |
| | Pressure sensor control failure | Contact Customer Care |
| | Steam release handle not seated properly | Turn steam release handle to "**Sealing**" position |
| Display remains blank after connecting the power cord | Bad power connection or no power | Inspect power cord; ensure detachable power cord is plugged tightly into base power socket; check outlet to ensure it is powered |
| | Cooker's electrical fuse has blown | Contact Customer Care |
| Occasional clicking or light cracking sound | The sound of power switching and expanding pressure board when changing temperatures | This is normal; no action required |
| | Bottom of the inner pot is wet | Wipe bottom of inner pot, and ensure heating element is dry before cooking |

48

# Error Codes

| Problem | Possible Reason | | Solution |
|---|---|---|---|
| Error code appears on display and cooker beeps continuously | C1 C2 C6 C6H C6L | Faulty sensor | Contact Customer Care. |
| | C5 | Temperature is too high because inner pot is not placed in the cooker base | Press **Cancel** and wait for heating element to cool; ensure there are no foreign objects in cooker base; insert or reposition inner pot in cooker base and re-enter commands. |
| | | Temperature is too high because there is no water in inner pot | Check for scorching on bottom of inner pot; remove if necessary. Add thin, water-based liquid to inner pot based on size: 3 Qt - 1 cup \| 6 Qt - 1 1/2 cups 8 Qt - 2 cups |
| | C7 or NoPr | Heat element has failed | Contact Customer Care |
| | | Not enough liquid | Add thin, water-based liquid to inner pot based on size: 3 Qt - 1 cup \| 6 Qt - 1 1/2 cups 8 Qt - 2 cups |
| | | Steam release handle is in the "**Venting**" position | Turn steam release handle to "**Sealing**" position. |
| | Lid | Lid is not in the correct position for the selected program | Open and close the lid. Do not use a lid when using **Sauté**. |
| | OvHt / Burn / Food burn | High temperature detected at bottom of inner pot; cooker automatically reduces temperature to avoid overheating | Starch deposits at the bottom of the inner pot may have blocked heat dissipation. Turn the cooker off, release pressure according to the recipe, and inspect the bottom of the inner pot. |
| | PrSE | Pressure has accumulated during a non-pressure cooking program | Turn steam release handle to "**Venting**" position. |

If the problems persist or for any service issue, contact an authorized service representative at support@instantpot.com or by creating a support ticket instantpot.com/support.
DO NOT ATTEMPT TO SERVICE THE APPLIANCE YOURSELF.

# Warranty

### Limited Warranty

This Limited Warranty is effective for one year from the date of original consumer purchase. Proof of original purchase date and, if requested by an authorized representative of Instant Brands Inc. ("Instant Brands"), return of your appliance, is required to obtain service under this Limited Warranty. Provided that this appliance is operated and maintained in accordance with written instructions attached to or furnished with the appliance, Instant Brands will, in its sole and exclusive discretion, either: (i) repair defects in materials or workmanship; or (ii) replace the appliance. In the event that your appliance is replaced, the Limited Warranty on the replacement appliance will expire 12 months from the date of original consumer purchase.

**This Limited Warranty extends only to the original purchaser and use of the appliance in the United States of America and Canada. This warranty does not cover units that are used outside of the United States of America and Canada.**

Any modification or attempted modification to your appliance may interfere with the safe operation of the appliance and will void this Limited Warranty. This Limited Warranty does not apply in respect of any appliance or any part thereof that has been altered or modified unless such alterations or modifications were expressly authorized by an Instant Brands representative.

### Limitation and Exclusions

The liability of Instant Brands, if any, for any allegedly defective appliance or part shall in no circumstances exceed the purchase price of a comparable replacement appliance.

**This Limited Warranty does not cover:**

1. Damage resulting from accident, alteration, misuse, abuse, neglect, unreasonable use, use contrary to the operating instructions, normal wear and tear, commercial use, improper assembly, disassembly, failure to provide reasonable and necessary maintenance, fire, flood, acts of God or repair by anyone unless directed by an Instant Brands Representative;

2. Repairs where your appliance is used for other than normal, personal use or when it is used in a manner that is contrary to published user or operator instructions; or

3. Use of unauthorized parts and accessories, or repairs to parts and systems resulting from unauthorized repairs or modifications made to this appliance.

The cost of repair or replacement under these excluded circumstances shall be paid by you.

# Warranty

### Disclaimer of Implied Warranties

EXCEPT AS EXPRESSLY PROVIDED HEREIN AND TO THE EXTENT PERMITTED BY LAW, INSTANT BRANDS MAKES NO WARRANTIES, CONDITIONS OR REPRESENTATIONS, EXPRESS OR IMPLIED, BY STATUTE, USAGE, CUSTOM OF TRADE OR OTHERWISE WITH RESPECT TO THE APPLIANCES OR PARTS COVERED BY THIS WARRANTY, INCLUDING BUT NOT LIMITED TO, WARRANTIES, CONDITIONS, OR REPRESENTATIONS OF WORKMANSHIP, MERCHANTABILITY, MERCHANTABLE QUALITY, FITNESS FOR A PARTICULAR PURPOSE OR DURABILITY.

Some states or provinces do not allow for the exclusion of implied warranties of merchantability or fitness, so this limitation may not apply to you. In these states and provinces, you have only the implied warranties that are expressly required to be provided in accordance with applicable law.

### Limitation of Remedies; Exclusion of Incidental and Consequential Damage

YOUR SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE APPLIANCE REPAIR OR REPLACEMENT AS PROVIDED HEREIN. INSTANT BRANDS SHALL NOT BE LIABLE FOR INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THE APPLIANCE OR DAMAGES WITH RESPECT TO ANY ECONOMIC LOSS, PERSONAL INJURY, LOSS OF PROPERTY, LOSS OF REVENUES OR PROFITS, LOSS OF ENJOYMENT OR USE, COSTS OF REMOVAL, INSTALLATION OR OTHER INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY NATURE OR KIND.

### Warranty Registration

Please visit www.instantpot.com/support/register to register your new Instant Brands™ appliance and validate your warranty within thirty (30) days of purchase. You will be asked to provide the store name, date of purchase, model number (found on the back of your appliance) and serial number (found on the bottom of your appliance) along with your name and email address. The registration will enable us to keep you up to date with product developments, recipes and contact you in the unlikely event of a product safety notification. By registering, you acknowledge that you have read and understand the instructions for use, and warnings set forth in the accompanying instructions.

### Warranty Service

To obtain service under this warranty, please contact our Customer Service Department by phone at 1-800-828-7280 or by email to support@instantpot.com. You can also create a support ticket online at www.instantpot.com/support. If we are unable to resolve the problem, you may be asked to send your appliance to the Service Department for quality inspection. Instant Brands is not responsible for shipping costs related to warranty service, save and except for shipping costs associated with the return of your appliance from Canada or within the 48 contiguous states and the District of Columbia of the United States of America, as provided herein. When returning your appliance, please include your name, mailing address, email address, phone number, and proof of the original purchase date as well as a description of the problem you are encountering with the appliance.



Instant Brands Inc.
11–300 Earl Grey Dr., Suite 383
Ottawa, Ontario
K2T 1C1
Canada


Register your product today at:
instantpot.com/support/register


Contact Customer Care:

1-800-828-7280

support@instantpot.com

instantpot.com/#Chat


instantpot.com

store.instantpot.com


Copyright © 2019 Instant Brands™ Inc

686-0101-51